Eastern District of Kentucky
FILED

JUL 26 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CASE NO. 2:22-cv-00117

| | |
|---|---|
| KRAUSS-MAFFEI CORPORATION | PLAINTIFF |
| v.  **AGREED ORDER OF DISMISSAL** | |
| KLAUS LEPP, et al., | DEFENDANTS |

\* \* \* \* \*

Plaintiff Krauss-Maffei Corporation ("Plaintiff"), and Defendants Klaus Lepp, Marcela Velez Lepp, The Plast Pro's, LLC, and IM Plast Source, LLC ("Defendants"), having reached an agreement concerning all of the parties' claims and counterclaims in this matter, and the Court having fully considered same and being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that this action be DISMISSED WITH PREJUDICE, with each party to bear its own costs.

There being no just cause for delay, this Order is final and appealable.

So ordered this the 26th day of July, 2024.

Signed By:
*David L. Bunning*
United States District Judge

HAVE SEEN AND AGREED TO:

s/*S. Joseph Stephens, III*
S. JOSEPH STEPHENS, III
*Counsel for Plaintiff*

s/*Scott M. Guenther* (signed with permission)
SCOTT M. GUENTHER
*Counsel for Defendants Klaus Lepp and*
*IM Plast Source LLC*

s/*Jason C. Kuhlman* (signed with permission)
JASON C. KUHLMAN
*Counsel for Defendants Marcela Velez Lepp and*
*The Plast Pros, LLC*